1   MIGUEL HERRERA and BEATRIZ AGUILERA HERRERA
2   1658 SUNRISE WAY
    CORONA, CA 92882
3   (951) 824-9044
    Plaintiff, Pro Se

Fee Paid



FILED

# UNITED STATES DISTRICT COURT FOR THE

# CENTRAL DISTRICT OF CALIFORNIA

MIGUEL HERRERA and BEATRIZ

AGUILERA HERRERA,

Plaintiff,

Vs.

HSBC BANK USA, NATIONAL
ASSOCIATION, AS INDENTURE
TRUSTEE OF THE FIELDSTONE
MORTGAGE INVESTMENT TRUST,
SERIES 2006-2,

        Defendant(s)

CV09 01301 MMM (JC)

Case No.:

COMPLAINT FOR:

(1) 15 U.S.C. § 1601 et seq:
truth in lending(TILA) requires that
banks disclose all details of transaction

12 U.S.C. § 2605 RESPA:
Real Estate settlement and procedures
Act Requires that banks acknowledge
& respond to a qualified written
request

12 U.S.C § 1831n(2) (A);
Requires banks to follow Uniforms
accounting principles Consistent with
GAAP

15 U.S.C § 1611 whoever willfully
and knowingly gives false or inaccurate
information or fails to Provide
information which he is Required to
disclose under the provision of this
subchapter or Any regulation

I/S
20

```
2/24/2009 12:39:26 PM  Receipt #: 116127
        Cashier : ENAKADA [LA 1-1]
Paid by: PEDROJULIO PEDRERO CRUZ
2:CV09-01301
2009-086900      5 - Civil Filing Fee(1)
Amount :                        $60.00
2:CV09-01301
2009-510000      11 - Special Fund F/F(1)
Amount :                       $190.00
2:CV09-01301
2009-086400      Filing Fee - Special(1)
Amount :                       $100.00
Credit card Payment : 1931 012913 / 350.0
0
```

Plaintiff's MIGUEL HERRERA and BEATRIZ AGUILERA HERRERA, complains and alleges fraudulent Conduct by the plaintiffs that resulted in a personal and aggregate loss to said Defendant:

**A.** **FIRST CAUSE OF ACTION: 15 U.S.C. § 1601 Truth in Lending**

1. HSBC BANK USA, NATIONAL ASSOCIATION, et. al., have not adhered to 15 U.S.C § 1601 Truth in Lending Laws. HSBC BANK USA, NATIONAL ASSOCIATION, et. al., should produce proof of ownership of said Original Note or Mortgage to the Property located at 1658 SUNRISE WAY, CORONA, California at the time of foreclosure or no legal standing to bring the action of foreclosure exists. Foreclosure fraud is where the securitized trust file foreclosures when they never own/hold the mortgage loan at the commencement of the foreclosure. HSBC BANK USA, NATIONAL ASSOCIATION, et. al., created affiliates and sold the property back to themselves never risking any capital that is a collusionary interest.

Many of the entities that were affiliates of HSBC BANK USA, NATIONAL ASSOCIATION, et. al., is out of business because of the financial crisis that exists because of this factor this property has changed hands many times. 226.5 General Disclosure Requirements (a) form of Disclosures (1) the creditor shall make the disclosures required by this subpart clearly and conspicuously in Writing.

**B.** **SECOND CAUSE OF ACTION: 12 U.S.C § 2605  RESPA**

2.   According to the 12 U.S.C. § RESPA (Real Estate requires that Banks acknowledge and respond to a qualified written request.  Several attempts in writing has been made with no acknowledgment by said bank, appear to want to break the law than respond to my letters.  This is also part of the scheme to force consumer into foreclosure.

C.   **THIRD CAUSE OF ACTION: GAAP 12 U.S.C § 1831n(2) (A)**

3.   12 U.S.C § 1831n(2) (A): Requires banks to follows Uniform accounting principles consistent with GAAP: HSBC BANK USA, NATIONAL ASSOCIATION, et. al., policy is to do exchanges and not loans.  The promissory note is the instrument deposited to create the money given to the borrower for the loan. However, this was an exchange not a loan of depositor's money, therefore this non-disclosure of a transaction of this nature is fraud. This lender intentionally defrauded themselves by setting up the structure and giving themselves the position of "plausible deniability". The intent was to create a plausible, which can misled investors about the risk of defaults in mortgage-backed securities.

D.   **FOURTH CAUSE OF ACTION: 15 U.S.C § 1611**

4.   15 U.S.C. § 1611 whoever willfully and knowingly (1) gives false or inaccurate information or fails to provide information witch he or she is required to

disclose under the provisions of the provisions of this subchapter or any regulation.

- 15 U.S.C. § 601 not adhering to Truth in Lending Laws, not allowing due process/due access.
- 12 U.S.C. § 2605 not following and adhering to RESPA law and opening practicing predatory lending practices.
- 12 U.S.C. § 1831
- CA Business and Professions Code 17200 – HSBC BANK USA, NATIONAL ASSOCIATION, et. al., is guilty of practicing unfair business practices and not following and adhering to California Department of Real Estate Rules and Regulations.
- 15 U.S.C. § 1611 Not adhering to disclosure policies

**STATEMENT OF THE FACTS CONSTITUTING THE CAUSE OF ACTION**

1) **HSBC BANK USA, NATIONAL ASSOCIATION, et. al., have not adhered to 15 U.S.C § 1601 Truth in Lending laws.** HSBC BANK USA, NATIONAL ASSOCIATION, et. al., has not produced any exhibits and proof of ownership of said Original Note or Mortgage for the property at 1658 SUNRISE WAY, CORONA, California. Therefore had no legal standing to bring the action of foreclosure or no standing in this court case.

2) A demand for judgment for the Relief To which the Defendant claims to be entitled. California Code of Civil Procedure 425.10(a)

1    Wherefore/Plaintiff prays for judgment against defendants,
2    and each of them as follows:

3    **AS TO THE FIRST CAUSE OF ACTION:**

4    1) Request for compliance with Truth in Lending. If the Note
5        cannot be produced the Defendant request for ownership of
6        the property at 1658 SUNRISE WAY, CORONA, California free
7        of all liens and encumbrances and title transferred to
8        Defendant for complete relief of said complain Judgment
9        for the Principal sum of $100,000.00 for each cause of
10       action.  For interest thereon in a rate according to
11       proof at the time of trial.

12   2) For reasonable fees

13   **AS TO THE SECOND, THIRD AND FOURTH CAUSE OF ACTION:**

14   1) For the principal sum of $100,000.00 for each cause of
15       action.

16   2) For interest at the rate of ten percent (10%) per annum
17       according to the proof at the time of trial.

18   **AS TO ALL CAUSES OF ACTION:**

19   1) For costs of suit incurred herein, including reasonable
20       fees allowed by law and for such other and further relief
21       as the Court may deem just and proper.

22

23   **PLAINTIFF'S FACTS TO SUPPORT A CLAIM UNDER 15 U.S.C ET SEQUITUR**

24   HSBC BANK USA, NATIONAL ASSOCIATION, et. al., policies are
25   to do exchanges and not loans.  The Promissory Note is the
26   instrument deposited to create the money given to the borrower
27   for the loan.  However, this was an exchange not a loan of
28   depositor's money, therefore this non-disclosure of a

1  transaction of this nature is fraudulent and this is were there

2  is obfuscation and misrepresentation.  HSBC BANK USA, NATIONAL

3  ASSOCIATION, et. al., created affiliates and sold the property

4  back to themselves never risking any capital that is a

5  collusionary interest; again misleading investors about the risk

6  of defaults in mortgage-backed securities.

7  **PLAINTIFF'S FACTS TO SUPPORT A CLAIM UNDER**

8  **12 U.S.C. § 2605(e) (1) (A)**

9  HSBC BANK USA, NATIONAL ASSOCIATION, et. al., has a

10  statutory obligation to respond to complaints and request for

11  explanations of accounts. This defendant has not proven or given

12  any documentation to the responses of Plaintiff's written

13  request within 20 days or anytime thereafter.  In other words

14  this correspondence was never answered.

15  **PLAINTIFF'S FACTS TO SUPPORT A CLAIM UNDER**

16  **12 U.S.C. § 1831n(2) (A) GAAP**

17  12 U.S.C § 1831N(2) (A):  Requires banks to follow uniform

18  accounting principles consistent with GAAP: HSBC BANK USA,

19  NATIONAL ASSOCIATION, et. al., is guilty of predatory Lending

20  Practices. HSBC BANK USA, NATIONAL ASSOCIATION, et. al., policy

21  is to do exchanges and not loans.  The promissory note is the

22  instrument deposited to create the money given to the borrower

23  for the loan. However, this was an exchange not a loan of

24  depositor's money, therefore this non-disclosure of a

25  transaction of this nature is fraud.

26  HSBC BANK USA, NATIONAL ASSOCIATION, et. al., was the

27  services of notes bought from Real Estate Brokers, therefore not

28  the owner and their practice was to buy on the secondary market

1 and exchange the notes as mortgage backed securities. HSBC BANK

2 USA, NATIONAL ASSOCIATION, et. al., affiliates and sold the

3 property back to themselves never risking any capital that is a

4 collusionary interest.

**PLAINTIFF'S FACTS TO SUPPORT A CLAIM UNDER**

**15 U.S.C. § 1611 DISCLOSURE REQUIREMENT**

7        HSBC BANK USA, NATIONAL ASSOCIATION, et. al., have not

8 produced any proof of ownership of said Original Note or

9 Mortgage for the property 1658 SUNRISE WAY, CORONA, California

10 there had no legal standing to bring the action of foreclosure

11 or no standing in this court case.  Foreclosure fraud is were

12 the securitized trusts file foreclosure when they never own/hold

13 the mortgage loan at the commencement of the foreclosure. HSBC

14 BANK USA, NATIONAL ASSOCIATION, et. al., created affiliates and

15 sold the property back to themselves never risking any capital

16 that is a collusionary interest.

**CONCLUSION**

**WHEREFORE PLAINTIFF PRAY JUDGEMENT AS FOLLOWS:**

**AS TO THE FIRST CAUSE OF ACTION:**

        1) Plaintiff request for ownership of the property 1658
            SUNRISE WAY, CORONA, California free of all liens and
            encumbrances and title transferred to Plaintiff.

        2) Return of any and all monies given to anyone including
            defendants in connection with transactions.

        3) Statutory damages of $100,000.00 for each cause of
            action.

1

2

3    February 24, 2009.

4

5                                    *Miguel Herrera  Beatriz Aguilera Herrera*

6                                    MIGUEL HERRERA and

7                                    BEATRIZ AGUILERA HERRERA

8                                    IN PRO PER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

FILED; 10/7/15+5

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

SUM-130

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 1 6 2009

N. Tavaglione

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MIGUEL HERRERA, an individual, BEATRIZ AGUILERA HERRERA, an individual, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2

You have **5 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT FOR THE STATE OF CALIFORNIA
13800 Heacock Street
13800 Heacock Street
Moreno Valley, CA 92553
Moreno Valley Courthouse

CASE NUMBER:
*(Número del Caso):*
1110C130?

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
WILLIAM G. MALCOLM #129271
MALCOLM & CISNEROS, a Law Corp.
2112 Business Center Drive, 2nd Floor
Irvine, CA 92612
(949) 252-9400
(949) 252-1032

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400–6415) ☐ **did not** ☐ did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date:
*(Fecha)*
JAN 1 6 2009

Clerk, by ___ N. Tavaglione ___, Deputy
*(Secretario)* *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as an occupant
   d. ☐ on behalf of *(specify):*
      under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
             ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
             ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
             ☐ CCP 415.46 (occupant)             ☐ other *(specify):*

5. ☐ by personal delivery on *(date):*

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 415.456, 1167

FILED: 10/7/1575

SUM-130

| PLAINTIFF *(Name):* HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 DEFENDANT *(Name):*  MIGUEL HERRERA, an individual, BEATRIZ AGUILERA HERRERA, an individual, and DOES 1 through 10, inclusive | CASE NUMBER: |
|---|---|

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a.  Assistant's name:

   b.  Telephone no.:

   c.  Street address, city, and ZIP:

   d.  County of registration:

   e.  Registration no.:

   f.  Registration expires on *(date):*

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

FILED: 1017/1573

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| WILLIAM G. MALCOLM #129271<br>MALCOLM & CISNEROS, a Law Corp.<br>2112 Business Center Drive, 2nd Floor<br><br>Irvine, CA 92612<br>　TELEPHONE NO.: (949) 252-9400　FAX NO.: (949) 252-1032<br>ATTORNEY FOR *(Name):* HSBC BANK USA, NATIONAL ASSOCIATION | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE
　STREET ADDRESS: 13800 Heacock Street
　MAILING ADDRESS: 13800 Heacock Street
　CITY AND ZIP CODE: Moreno Valley, CA 92553
　BRANCH NAME: Moreno Valley Courthouse

CASE NAME: HSBC BANK v. HERRERA, et al

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☐ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☒ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter　☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | RIC09751<br><br>JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
　a. ☐ Large number of separately represented parties　d. ☐ Large number of witnesses
　b. ☐ Extensive motion practice raising difficult or novel　e. ☐ Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve　　in other counties, states, or countries, or in a federal court
　c. ☐ Substantial amount of documentary evidence　f. ☐ Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply):* a. ☐ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☐ punitive
4. Number of causes of action *(specify):* 1 - Unlawful Detainer - Possession Only
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: January 15, 2009
WILLIAM G. MALCOLM #129271　　　　　▶ _MG·M_
　(TYPE OR PRINT NAME)　　　　　　　　　　　　　(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.
Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

Legal Solutions Plus

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach—Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
        domain, landlord/tenant, or
        foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late
        Claim
    Other Civil Petition

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER.   READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): | | |

NAME OF COURT: SUPERIOR COURT FOR THE STATE OF CALIFORNIA
STREET ADDRESS: 13800 Heacock Street
MAILING ADDRESS: 13800 Heacock Street
CITY AND ZIP CODE: Moreno Valley, CA 92553
BRANCH NAME: Moreno Valley Courthouse

PLAINTIFF: HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE
DEFENDANT: MIGUEL HERRERA, an individual, BEATRIZ AGUILERA HERRERA, an individual, and DOES 1 through 10, inclusive

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
|---|---|

*(To be completed by the process server)*
DATE OF SERVICE:

**Complete this form only if ALL of these statements are true:**
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed.
3. You still occupy the premises.

*(Date that this form is served or delivered, and posted, and mailed by the officer or process server)*

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* _____, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint. )*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ 185        or file with the court the form "Application for Waiver of Court Fees and Costs."  I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

CP10.5 [New January 1, 1991]          **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**          Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25

Legal Solutions Plus

WILLIAM G. MALCOLM #129271
KEVIN HAHN #231579
NICHOLAS BRUTOCAO #252741
MALCOLM ♦ CISNEROS
A LAW CORPORATION
2112 Business Center Drive
Second Floor
Irvine, CA 92612
Phone (949) 252-9400
Facsimile (949) 252-1032

Attorneys for HSBC BANK USA,
NATIONAL ASSOCIATION, AS
INDENTURE TRUSTEE OF THE
FIELDSTONE MORTGAGE
INVESTMENT TRUST, SERIES 2006-2

F I L E D
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 16 2009

N. Tavaglione

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## COUNTY OF RIVERSIDE

### (Moreno Valley Courthouse)

|  |  |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 <br><br> Plaintiff. <br><br> -vs- <br><br> MIGUEL HERRERA, an individual, BEATRIZ AGUILERA HERRERA, an individual, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. RIU009381 <br><br> **VERIFIED COMPLAINT FOR UNLAWFUL DETAINER** <br> **[C.C.P. §§ 1161a (b)(3) and 1166]** <br> **AGAINST OCCUPANTS HOLDING OVER AFTER NONJUDICIAL SALE UNDER POWER OF SALE IN DEED OF TRUST** <br><br> **[Limited Jurisdiction - Amount Demanded Up To $10,000]** <br><br> OSC <br> 5/1/09 <br> 1.00 <br> MV100 |

Plaintiff, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 ("Plaintiff"), on behalf of itself alleges as follows:

1.  The real property, possession of which is sought in this action, is

---

COMPLAINT FOR UNLAWFUL DETAINER
1

MC26836 - HERRERA.WPD

1  commonly known as 1658 SUNRISE WAY, CORONA, CA 92882 (the "Property")  and

2  is situated in the County of RIVERSIDE, and Defendants MIGUEL HERRERA and

3  BEATRIZ AGUILERA HERRERA (the "Defendants") are now, and at all times

4  mentioned herein were residents of that Judicial District and County.

5        2.   Plaintiff does not know the true names or capacities of Defendants

6  named in this Complaint as DOES 1 through 10, inclusive, and therefore sues these

7  Defendants under the provisions of Section 474 of the California Code of Civil

8  Procedure, and prays leave to amend this Complaint to insert their true names and

9  capacities, when ascertained.

10        3.   At all times relevant hereto, Plaintiff was and now is a corporation

11  duly authorized to do business in the State of California and has filed and published a

12  statement required by Section 17900 et seq. of the California Business and

13  Professions Code.

14        4.   A Deed of Trust was executed and recorded in the Official Records,

15  County of RIVERSIDE, State of California on April 7, 2006 as Document No. 2006-

16  0252590.  By this Deed of Trust, MIGUEL HERRERA and BEATRIZ AGUILERA

17  HERRERA ("Trustors") conveyed the Property to the Trustee to secure payment of the

18  Trustor's Promissory Note made payable to Plaintiff as Beneficiary.

19        5.   The Trustors defaulted in the payments of the Promissory Note and

20  thereafter, at the request of the Beneficiary, the Trustee, in accordance with Section

21  2924 of the California Civil Code, caused to be recorded in the Official Records of the

22  office of the County Recorder of RIVERSIDE, California, a Notice of Default and

23  Election to Sell the Property under the power of sale contained in the Deed of Trust.

24  Notice was given in the manner and form required by Civil Code Section 2924b.  The

25  Notice of Default contained the statement specified in paragraph (1) of subdivision (b)

26  of Section 2924c of the California Civil Code.

27        6.   More than three months after the Notice of Default was recorded, the

28  Trustee, as required by section 2924 of the California Civil Code, gave notice in the

COMPLAINT FOR UNLAWFUL DETAINER

manner and form required by Section 2924f of the Civil Code that the Property would be sold at public auction to satisfy the obligation secured by the Deed of Trust, and caused the Notice of Sale to be recorded in the office of the County Recorder of RIVERSIDE, California.

7. The Trustors failed to cure the default, and at the time and place noticed for sale, the Trustee duly sold the Property to Plaintiff on December 16, 2008 who was the highest bidder, and at the time executed and delivered to Plaintiff a Trustee's Deed Upon Sale. Plaintiff duly perfected its title to the Property. A true and correct copy of the Trustee's Deed Upon Sale recorded on December 19, 2008 as Instrument No. 2008-0662698, in the County of RIVERSIDE, State of California is attached and incorporated as Exhibit "1."

8. By virtue of the Trustee's Deed Upon Sale, Plaintiff is the owner, and entitled to immediate possession of the Property. The address of the property is 1658 SUNRISE WAY, CORONA, CA 92882.

9. At the time of the sale, the Defendants were in possession of the Property and have remained in possession after the sale.

10. On January 8, 2009 Plaintiff caused to be served (by posting and mail delivery) a written Notice pursuant to C.C.P. § 1161a(b)(3) stating the Plaintiff had purchased the Property and that its title had been duly perfected and demanding that all persons vacate the premises. True and correct copies of the Notice to Occupant To Vacate Premises with the original proof of service is attached hereto as Exhibit "2".

11. More than three days have elapsed since the service of the Notice but the Defendants have failed to deliver up possession of the premises.

WHEREFORE, Plaintiff prays for judgment as follows:

1. That Defendants immediately deliver possession of the Property to Plaintiff;

2. For costs of suit incurred herein; and

///

COMPLAINT FOR UNLAWFUL DETAINER

MC26836 - HERRERA.WPD

3

1          3.  For such other and further relief as the Court deems just and proper.

2  DATED: January 15, 2009        MALCOLM ♦ CISNEROS,
                          A Law Corporation

By: _____

WILLIAM G. MALCOLM
Attorneys for Plaintiff,
HSBC BANK USA, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
OF THE FIELDSTONE MORTGAGE
INVESTMENT TRUST, SERIES 2006-2

COMPLAINT FOR UNLAWFUL DETAINER
4

MC26836 - HERRERA.WPD

**VERIFICATION (C.C.P. 446 AND 1166)**

I am the attorney for Plaintiff in this action; the Plaintiff is absent from the County of Orange, California, where I have my office, or the Plaintiff is otherwise unable to verify this pleading, and I make this verification for and on behalf of the party for that reason; I have read the above complaint for unlawful detainer and know its contents; I am informed and believe, and on that ground allege that the matters stated in it are true.

I certify under penalty of perjury according to the laws of the State of California the foregoing is true and correct.

Executed on January 15, 2009 at Irvine, California.

MALCOLM ♦ CISNEROS,
A LAW CORPORATION

By: _____

WILLIAM G. MALCOLM
Attorney for Plaintiff

RECORDING REQUESTED
FIRST AMERICAN TITLE COMPANY
AS AN ACCOMMODATION ONLY

12 08 08:00A Fee:15.00
Page 1 of 3
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

**RECORDING REQUESTED BY:**
Title Trust Deed Service Company
MAIL TAX STATEMENTS TO
AND WHEN RECORDED MAIL TO:
LITTON LOAN SERVICING LP
4828 LOOP CENTRAL DR.
HOUSTON TX 77081

| S | R | U | PAGE | SIZE | DA | MISC | LONG | RFD | COPY |
|---|---|---|------|------|-----|------|------|-----|------|
|   |   |   |      |      |     |      |      |     |      |
| M | A | L | 465 | 426 | PCOR | NCOR | SMF | NCHG | EXAM |
|   |   |   | T: |   | CTY | UNI | 044 |   |   |

TRA# 004-006                    15

## TRUSTEE'S DEED UPON SALE

MAIL STATEMENTS TO:
SAME AS ABOVE

DOCUMENTARY TRANSFER TAX $0

T
044

xxxxxx Computed on full value of Property Conveyed.
_____ Or Computed on full value less liens and or

The grantee WAS the foreclosing beneficiary      encumbrances remaining at time of sale.
The amount of the unpaid debt WAS $376,454.53      Title Trust Deed Service Company
The amount bid at sale WAS $133,000.00      Declarant or Agent determining tax.

Errol Stillman

AP No.: 103-123-020-0                    TRANSFER TAX: $0

Client Ref.: 3846551  Loan No.  91091116      TTD No.: 20080063358303

**TITLE TRUST DEED SERVICE COMPANY** as present Trustee under the Deed of Trust hereinafter
particularly described, the First Party, hereby grants, without warranty to:
**HSBC Bank USA, National Association, as Indenture Trustee of the Fieldstone Mortgage Investment Trust, Series 2006-2**

the Second Party, all of the real property situated in the County of          **RIVERSIDE** , State of **CALIFORNIA**
described as follows:

LOT 183 OF TRACT NO. 2701, AS PER MAP RECORDED IN BOOK 48 PAGES 27-31 OF MAPS, IN THE
OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

This conveyance is made pursuant to the powers of sale conferred upon First Party by that certain Deed of Trust between
**MIGUEL HERRERA AND BEATRIZ AGUILERA HERRERA, HUSBAND AND WIFE, AS JOINT TENANTS**
as Trustor(s) to **ROB V. BUDHWA** as Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** as
Beneficiary, dated **03-27-2006**, and recorded on **04-07-2006**, as Instrument No.**2006-0252590** , in **Book //** , Page //, of Official Records
in the Office of the County Recorder of **RIVERSIDE** County, State of **CALIFORNIA** , and after the fulfillment of the conditions
specified in said Deed of Trust authorizing this conveyance as follows:

**[Page 1 of 2 Pages]**

CA – TRUSTEES DEED WBB NEW – TTDCA43

EXHIBIT 1

FILEN  101761575

TT D No.: 20080063358303
Loan No.: **91091116**

(a)  Default was made in the obligations for which such transfer in trust was given as security, and Notice of Default was recorded in the Office of the County Recorder of each county in which the property described in said Deed of Trust, or any part thereof, is situated; the nature of such default being fully described in the recorded Notice of Default, and such default still existed at the same time of sale.

(a)  Not less than three months elapsed between the recordation of said Notice of Default and the posting and the first publication of the Notice of Sale of said property.

(b)  The beneficiary made due and proper demand upon the said Trustee to sell said property pursuant to the terms of said Deed of Trust.

(c)  Said Trustee gave notice of the time and place of the sale of said property in accordance with the laws of the State of California, and the terms of said Deed of Trust.

(d)  All requirements of law regarding the mailing, publication and delivery of copies of the Notice of Default, and of all other notices, having been complied with.

(f)  Said property was sold by said Trustee at public auction on **12-16-2008** , in the said County of **RIVERSIDE** , in which said property is situated, in full accordance with the laws of the State of California, and the terms of said Deed of Trust. Said Second Party being the highest bidder at such sale became the purchaser of said property and paid therefore to said Trustee, the amount bid being **$133,000.00** , DOLLARS, in lawful money of the United States.

IN WITNESS WHEREOF, the said First Party has executed this conveyance on **12-16-2008**

**Title Trust Deed Service Company**

BY: _____
Errol Stillman, PRESIDENT

STATE OF     **CALIFORNIA**                )
                                                          )SS.
COUNTY OF   __LOS ANGELES__             )
On _12-16-2008_____ before me, _Wendy Cole_____ Notary Public, personally
appeared _____Errol Stillman_____ , who proved to me on
the basis of satisfactory evidence to the person whose name is subscribed to the within instrument and acknowledged to me that
he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon
behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature_____

WENDY COLE
Commission # 1654703
Notary Public - California
Ventura County
My Comm. Expires Mar 28, 2010

[Page 2 of 2 Pages]
**TITLE TRUST DEED SERVICE COMPANY**
26679 West Agoura Road Suite 225
Calabasas, CA 91302
Phone: (818) 871-1900 Fax: (818) 871-1901

CA – TRUSTEES DEED WBB  NEW  ▪ TTDCA43

EXHIBIT __1__

ATTORNEY OR PARTY WITHOUT ATTORNEY (name and Address)
**WILLIAM G. MALCOLM #129271**
**KEVIN HAHN #231579**
**NICHOLAS BRUTOCAO #252741**
Malcolm Cisneros
A Law Corporation
2112 Business Center Drive
Irvine, California 92612

## PROOF OF SERVICE

**I, the undersigned declare that I served the Notice (s) below indicated:**

## 3/60 NOTICE TO QUIT

**The above described Notice (s) were served on the following named parties in the manner set forth below:**

**NAME:**Miguel Herrera, Beatriz Aguilera Herrera **and all persons in possession of and who occupy the real property.**
**ADDRESS:1658** SUNRISE WAY, CORONA, CALIFORNIA 92882

☐ 1. PERSONAL SERVICE        By delivering a copy of the Notice (s) on        , 2009 at
to        at the address above.

☒ 2. CONSTRUCTIVE SERVICE        After due and diligent effort, by service of said Notice (s) as
authorized by C.C.P. Section 1162 (2,3) on each of the above
named parties in the manner set forth below:

☐A. By leaving a copy for each of the above named parties on        , 2009 at        , with        , a
competent member of the household at the usual place of resident of each of the above named parties; and
thereafter mailing a copy to each of the above named parties by depositing said copies in the United States
mail on        , 2009 in a sealed envelope, with postage fully prepaid, addressed to each of the above named
parties at their place of residence.

☒B. By posting a copy for each of the above named parties on JANUARY 8, 2009 at 08:05 AM in a
conspicuous place on the property; and thereafter mailing a copy to each said party by depositing said copies
in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at
their place where the property is situated on JANUARY 8, 2009.

At the time of service, I was at least 18  years of age. I declare under penalty of perjury that the foregoing is
true and correct.

Dated: 01/13/09
NAME:RAUL MALDONADO
C/O NATIONWIDE LEGAL, INC.
820 N. Parton Street, Suite 203
Santa Ana, California  92701
(714) 558-2400
The fee for service was:$75.00
Registration Number: 940
County: RIVERSIDE
Ref.: 2113096

EXHIBIT 2

FILED N. 1017/1573

| PLAINTIFF *(Name)*: HSBC BANK U\_\_\_, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE<br>DEFENDANT *(Name)*: MIGUEL HERRERA, an individual, BEATRIZ AGUILERA HERRERA, an individual, and DOES 1 through 10, inclusive | CASE NUMBER: |
|---|---|

---

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

---

11.  *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12.  **Rental agreement.** I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

---

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .                                ▶

(TYPE OR PRINT NAME)                                                              (SIGNATURE OF CLAIMANT)

---

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

---

**- NOTICE TO OCCUPANTS -**

**YOU MUST ACT AT ONCE if all the following are true:**
   1. **You are NOT named in the accompanying Summons and Complaint.**
   2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
   3. **You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

---

CP10.5 [New January 1, 1991]              **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**              **Page two**

Filed: 1017/1573

SUPERIOR COURT, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

| | |
|---|---|
| ☐ **BANNING** 135 N. Alessandro Road, Banning, CA 92220 | ☐ **MURRIETA** 30755-D Auld Road, Murrieta, CA 92563 |
| ☐ **BLYTHE** 265 North Broadway, Blythe, CA 92225 | ☐ **RIVERSIDE** 4050 Main St., Riverside, CA 92501 |
| ☐ **HEMET** 880 N. State St., Hemet, CA 92543 | ☐ **RIVERSIDE** 4175 Main St., Riverside, CA 92501 |
| ☐ **INDIO** 46-200 Oasis St., Indio, CA 92201 | ☐ **TEMECULA** 41002 County Center Dr., #100, Temecula, CA 92591 |

Name and Address                    (949) 252-9400
WILLIAM G. MALCOLM #129271
MALCOLM & CISNEROS, a Law Corp.
2112 Business Center Drive, 2nd Floor

Irvine, CA 92612
Attorney for Plaintiff
or Party without Attorney

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

JAN 16 2009

N. Tavaglione

HSBC BANK USA, NATIONAL
ASSOCIATION, AS INDENTURE TRUSTEE
OF THE FIELDSTONE MORTGAGE

                         Plaintiff(s)

VS.

MIGUEL HERRERA, an individual, BEATRIZ
AGUILERA HERRERA, an individual, and
DOES 1 through 10, inclusive

                         Defendant(s)

CASE NO. RIU CC9381

**CERTIFICATE OF COUNSEL**

The undersigned certifies that this matter should be tried or heard in the
          Moreno Valley          Court for the following reason:

[X]   The action arose in this judicial district.

[X]   The action concerns real property located in this judicial district.

[X]   The defendant resides in this judicial district.

Dated:  January 15, 2009

Signed by: _M G·M_

MALCOLM & CISNEROS, a Law Corp.

ATTORNEY FOR PLAINTIFF(S)
OR PARTY WITHOUT ATTORNEY

WILLIAM G. MALCOLM #129271

FILE NO: 11.17/15

## CERTIFICATION

Pursuant to the provisions of Government Code 27361.1, I certify under the penalty of perjury that the following is a true copy of illegible wording found in the attached documents:

(Print or type the page number(s) and wording below):

---

**RECORDING REQUESTED BY:**

**FIRST AMERICAN TITLE**

**COMPANY AS AN**

**ACCOMMODATION ONLY**

---

DATE: _____ 12/19/08 _____

SIGNATURE: _____

EXHIBIT I

NOTICE TO OCCUPANT TO VACATE PREMISES
LOCATED AT:

**1658 SUNRISE WAY
CORONA, CALIFORNIA 92882**

**TO ALL PERSONS IN POSSESSION OF AND WHO OCCUPY THE REAL PROPERTY
AT THE ABOVE ADDRESS:**

**THIS IS THE FIRST STEP IN A LAWSUIT AGAINST YOU. THE FAILURE TO
VACATE THE PREMISES AS SPECIFIED BELOW WILL RESULT IN A LAWSUIT
BEING FILED AGAINST YOU. A COURT JUDGMENT AGAINST YOU WILL BE
RECORDED WITH NATIONAL CREDIT REPORTING AGENCIES.**

YOU ARE HEREBY NOTIFIED that your right to occupy the real property at the above address
has been terminated as the result of the sale of the real property by the trustee under a power of
sale contained in a Deed of Trust which appeared of record against your property.

In the event you fail to quit and deliver up to the undersigned, as agent for the owner, possession
of the real property you occupy at the above address, within the Notice Period specified below,
you will be deemed to be unlawfully detaining the premises, which will result in the
commencement of court proceedings against you, by the owner, to recover possession of the
premises as well as court costs and the reasonable rental value of the premises for each day of
your continued occupancy following expiration of the Notice Period set forth below.

## NOTICE

To avoid lawsuit and expense, it will be necessary for you to vacate the premises within **THREE
(3) DAYS** after service upon you of this Notice, unless your claim to possession is based on an
existing rental agreement by which you rented the Premises before the foreclosure sale from
week to week, month to month, or other fixed interval. In that event, you are required to vacate
the Premises within **SIXTY (60) DAYS** of the service of this Notice.

**Page 1 of 2 Pages**

EXHIBIT 2

If you claim to be a tenant or subtenant who is entitled to remain in the Premises for sixty days, you must give notice to the undersigned within three days of the date this Notice is served on you.

If you claim to be the recipient of tenant based assistance governed by Section 8 of the United States Housing Act of 1937 (42 USC § 1437), commonly referred to as the "Section 8 Housing Program," then you are entitled to additional time in the property. Please contact our office and be prepared to provide us with all necessary information regarding your participation in the Section 8 Housing Program. If this information is verified, you will be required to vacate the premises within 90 days of the service of this notice. Additionally, this document constitutes notice that this tenancy has been terminated for "good cause" pursuant to 24 CFR §982.310(d)(1) and (e)(1). This "good cause" termination is based on the owner's business and economic interest in the property and intent to sell.

This Notice is authorized pursuant to the provisions of Section 1161a(b)(3) of the California Code of Civil Procedure.

DATED:  January 7, 2009          HSBC BANK USA, NATIONAL ASSOCIATION, AS
                                 INDENTURE TRUSTEE OF THE FIELDSTONE
                                 MORTGAGE INVESTMENT TRUST, SERIES 2006-2,
                                 owner

                    by:  ___William G. Malcolm (signature)___
                                 WILLIAM G. MALCOLM
                                 Attorney for HSBC BANK USA, NATIONAL
                                 ASSOCIATION, AS INDENTURE TRUSTEE OF THE
                                 FIELDSTONE MORTGAGE INVESTMENT TRUST,
                                 SERIES 2006-2, owner
                                 **MALCOLM♦CISNEROS, A LAW CORPORATION**
                                 2112 Business Center Drive, 2nd Floor
                                 Irvine, California 92612
                                 949.252.9400 (telephone)
                                 949.252.1032 (facsimile)
                                 Bill@mclaw.org (e-mail)

To discuss this Notice, please contact William G. Malcolm, Esq., at (949) 252-9400 between the hours of 8:00 a.m. to 5:00 p.m., Monday through Friday.

SUBJECT PROPERTY:   **1658 SUNRISE WAY
                     CORONA, CALIFORNIA 92882**

**Page 2 of 2 Pages**

EXHIBIT 2

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Margaret M. Morrow and the assigned discovery Magistrate Judge is Jacqueline Chooljian.

The case number on all documents filed with the Court should read as follows:

## CV09- 1301 MMM (JCx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| MIGUEL HERRERA and BEATRIZ AGUILERA HERRERA | HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| MIGUEL HERRERA and BEATRIZ AGUILERA HERRERA<br>1658 SUNRISE WAY<br>CORONA, CA 92882 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   **MONEY DEMANDED IN COMPLAINT:** $ OVER 75,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1601 et seq;   12 U.S.C. § 2605 RESPA   12 U.S.C. § 1831n(2)(A).   15 U.S.C. §1611

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☑ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: ___ CV09 01301

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

| CV-71 (05/08) | CIVIL COVER SHEET | Page 1 of 2 |
|---|---|---|

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒No ☐ Yes
If yes, list case number(s) _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒No ☐ Yes
If yes, list case number(s) _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
   ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

(b) List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| NEW YORK | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino, CA. | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Miguel Herrera_   Date 02/24/2009

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

MIGUEL HERRERA and BEATRIZ AGUILERA
HERRERA
1658 SUNRISE WAY
CORONA, CA 92882
(951) 824-9044

FOR OFFICE USE ONLY

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA and BEATRIZ AGUILERA HERRERA, <br><br> PLAINTIFF(S) <br><br> v. <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, et. al.,  (SEE ATTACHED) <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV09  01301-MMM (JG) <br><br><br> **SUMMONS** |

FOR OFFICE USE ONLY

TO:   DEFENDANT(S):  HSBC BANK USA, NATIONAL ASSOCIATION, et. al.,

A lawsuit has been filed against you.

Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Miguel Herrera & Beatriz Aguilera H.  , whose address is  1658 SUNRISE WAY   CORONA, CA 92882 . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 02/24/2009        By: _____

FOR OFFICE USE ONLY

Deput**SEAL**

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2,