JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL HERRERA AND BEATRIZ AGUILERA HERRERA, <br><br> Plaintiffs, <br><br> vs. <br><br> HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE OF THE FIELDSTONE MORTGAGE INVESTMENT TRUST, SERIES 2006-2 <br><br> Defendant. | CASE NO. CV 09-01301 MMM (JCx) <br><br> JUDGMENT FOR DEFENDANT |

On May 6, 2009, the court issued an order dismissing plaintiffs' first and second causes of action with twenty days' leave to amend; the third and fourth causes of action were dismissed with prejudice for failure to state a claim upon which relief could be granted. Plaintiffs were instructed to file any amended complaint on or before May 26, 2009. They did not do so. Accordingly,

IT IS ORDERED AND ADJUDGED that the action is dismissed for failure to prosecute and failure to comply with court orders.

DATED: June 25, 2009

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE